**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Jeffery M. Isaacs, SBN 338853
jisaacs@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO COUNTY, and SCDC OFFICER DUGDALE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARAM MKRTCHYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO COUNTY, ET AL.,<br><br>    Defendants. | Case No.:   2:25-cv-01405-DJC-CSK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint: 05/1/2025 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff ARAM MKRTCHYAN and Defendants SACRAMENTO COUNTY, and SCDC OFFICER DUGDALE, by and through their respective undersigned counsel that, pursuant to Local Rule 144(a), the time in which Defendants SACRAMENTO COUNTY, and SCDC OFFICER DUGDALE may respond to Plaintiff's Complaint previously due June 12, 2025, be extended 30 days, up to and including July 11, 2025.

Dated:  June 17, 2025                         PORTER SCOTT
                                              A PROFESSIONAL CORPORATION

                                              By   /s/ Matthew W. Gross
                                                   Matthew Gross
                                                   Jeffery M. Isaacs
                                                   Attorneys for Defendants

Dated:  June 17, 2025


                                              By   /s/ Patrick H. Dwyer
                                                   Patrick H. Dwyer
                                                   Attorneys for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

Dated:  June 17, 2025                         /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT