**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Jeffery M. Isaacs, SBN 338853
jisaacs@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO COUNTY, and SCDC OFFICER DUGDALE
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM MKRTCHYAN, an individual, | CASE NO. 2:25-cv-01405-DJC-CSK |
| Plaintiff, | **STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND SETTING TIME FOR DEFENDANTS' ANSWER** |
| v. | |
| SACRAMENTO COUNTY, CALIFORNIA, THE OPERATOR OF THE SACRAMENTO COUNTY SHERIFF'S DEPARTMENT ("SCSD"); and SCSD OFFICER DUGDALE, and DOES 1-10, in their individual capacity, | Complaint: 05/19/2025 |
| Defendants. / | |

**Whereas**, Plaintiff had previously granted Defendants an extension of time to answer and/or otherwise respond to the Complaint by July 11, 2025;

**Whereas**, Defendants timely raised concerns that Count Two of the Complaint failed to state a cause of action as pleaded and that they intended to file a motion to dismiss the same;

**Whereas**, Plaintiff met and conferred with Defendants regarding their concerns about the pleading of Count Two of the Complaint;

**Whereas**, Plaintiff and Defendant Sacramento County have agreed that Plaintiff will file a First Amended Complaint by July 16, 2025, and Defendant Sacramento County will have until

1   July 23, 2025, to file its answer and/or to otherwise respond to the First Amended Complaint.

2   **Now Therefore**, it is hereby stipulated and agreed by and between Plaintiff ARAM MKRTCHYAN and Defendants SACRAMENTO COUNTY, and SCDC OFFICER DUGDALE, by and through their respective undersigned counsel that Plaintiff shall file a First Amended Complaint by July 16, 2025, and Defendants shall answer and/or otherwise respond thereto by July 23, 2025.

Dated: July 14, 2025

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Matthew W. Gross _____
    Matthew W. Gross
    Jeffery M. Isaacs
    Attorneys for Defendants

Dated: July 14, 2025

By /s/ Patrick H. Dwyer (*Authorized on 7/11/25*)
    Patrick H. Dwyer
    Attorney for Plaintiff

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause therefore, hereby Orders that:

1. Plaintiff shall file a First Amended Complaint by July 16, 2025; and
2. Defendants shall file their Answer and/or otherwise Respond by July 23, 2025.

Dated: July 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE