PORTER | SCOTT
A PROFESSIONAL CORPORATION
Matthew W. Gross, SBN 324007
mgross@porterscott.com
Jeffery M. Isaacs, SBN 338853
jisaacs@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SACRAMENTO COUNTY (SCSD) and OFFICER MAX DUGDALE
**Exempt from Filing Fees Pursuant to Government Code § 6103**

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARAM MKRTCHYAN,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY, ET AL.,<br>Defendant. | Case No.: 2:25-cv-01405-DJC-CSK<br><br>**ORDER TO MODIFY SCHEDULING ORDER**<br><br>FAC: 7/16/25<br>Complaint: 05/19/2025 |

**ORDER**

The Court, having reviewed the stipulation of the parties and finding good cause it is hereby Ordered that the deadlines shall be modified as follows:

| **Deadline** | Current | Stipulated |
|---|---|---|
| Fact Discovery | October 23, 2026 | January 21, 2027 |
| Expert Disclosure | November 20, 2026 | February 18, 2027 |
| Rebuttal Expert Disclosure | December 18, 2026 | March 18, 2027 |
| Expert Discovery | January 15, 2027 | April 15, 2027 |
| Dispositive Motion | March 26, 2027 | June 24, 2027 |
| Dispositive Motion Hearing Date | May 13, 2027 | on or before August 12, 2027 |
| Settlement Conference | Unscheduled | on or before November 10, 2027 |
| Joint Pretrial Statement | August 26, 2027 | January 6, 2028 |
| Final Pretrial Conference | September 2, 2027 | January 13, 2028, at 1:30 PM |
| Trial | October 25, 2027 | February 28, 2028, at 8:30 AM |

Dated: October 16, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE